IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, U.S. Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>CRAWFORD ROOFING & GUTTERS, and RAYMOND CRAWFORD,<br><br>Defendants. | **8:22CV167**<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the Court on the Petition to Enforce Administrative Subpoenas. ([Filing No. 1](#).) The Petition is brought to compel Respondents Crawford Roofing & Gutters and Raymond Crawford to comply with an administrative subpoena duces tecum and subpoena ad testificandum issued by the Reginal Administrator for the Occupational Safety and Health Administration ("OSHA"), United States Department of Labor.

Having reviewed the matter,

**IT IS ORDERED** that service on Respondents of a copy of this Order to Show Cause and of the Petition and supporting documents upon which it is issued, be made by Petitioner on or before **May 20, 2022**, and that Respondents shall file and serve an answer to the Application no later than **June 21, 2022**.

**IT IS FURTHER ORDERED** that Respondents shall appear and show cause on **July 6, 2022, at 10:00 a.m.** in Court Room 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis, as to why an Order of this Court should not

issue directing it to appear before the designated representatives of OSHA and produce the records and provide the testimony requested by the subpoenas.

**IT IS FURTHER ORDERED** that that service of a copy of this Order to Show Cause, the Petition and supporting documents, in any manner provided for by the Rules of Civil Procedure for District Courts of the United States, or by registered mail by an agent of Petitioner, shall be deemed good and sufficient service, and proof of such service shall be filed with the Court by **May 27, 2022**.

Dated this 6th day of May, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge